MELINDA HAAG (CASBN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MICHAEL H. LAMPHIER (AZBN 21535)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-6394
    Email: autumn.veatch@us.army.mil

Attorneys for Plaintiff

**Filed**

MAY 2 5 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-11-00630-MAG |
| Plaintiff, | ) | MOTION TO DISMISS |
| vs. | ) | |
| FERNANDO PEREZ, | ) | |
| Defendant. | ) | |

1. The United States moves that all charges in the Information filed on September 2, 2011, against the above named defendant, be dismissed. The defendant cannot be located for service.

2. The United States makes this motion in the interests of Justice.

                        MELINDA HAAG
                        United States Attorney


                        _____/S/_____
                        MICHAEL H. LAMPHIER
                        Special Assistant United States Attorney

MOTION AND [PROPOSED] ORDER        1
TO DISMISS CASE NO. CR-11-00630-mag

## ORDER

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the above entitled matter is dismissed without prejudice.

Dated: __5/25__ 2012         _____
                             PAUL S. GREWAL
                             United States Magistrate Judge